IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

FILED
MAY 20 2025
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INFORMATION |
| Plaintiff, | ) |
| v. | ) CASE NO. 5:25 CR 254 |
| VAKAR MANIAR, | ) Title 18, United States Code, Section 201(b)(1) |
| Defendant. | ) |

JUDGE GAUGHAN
MAG. JUDGE SHEPERD

COUNT 1
(Bribery, 18 U.S.C. § 201(b)(1))

The Acting United States Attorney charges:

From in or around September 2019 to in our around December 2021, in the Northern District of Ohio and elsewhere, Defendant, VAKAR MANIAR, directly and indirectly did corruptly give, offer, and promise a thing of value to a public official, with intent to influence an official act, that is MANIAR did agree to give, offer, and promise cash payments to J.R. on behalf of a company in return for influencing the performance of official acts while J.R. was employed at the United States Postal Service.

In violation of Title 18, United States Code, Section 201(b)(1).

CAROL M. SKUTNIK
Acting United States Attorney

By: _____
DAVID M. TOEPFER, CHIEF
Akron/Youngstown Branch