IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 5:25-CR-00254 |
| | ) | |
| Plaintiff, | ) | JUDGE PATRICIA A. GAUGHAN |
| | ) | |
| v. | ) | |
| | ) | |
| VAKAR MANIAR, | ) | <u>JOINT MOTION TO CONTINUE</u> |
| | ) | <u>SENTENCING HEARING</u> |
| Defendant. | ) | |

The United States, by and through undersigned counsel, hereby moves the Court to continue Defendant's sentencing hearing until a date after the trial of Defendant's co-conspirator before Judge Fleming in *U.S. v. Josef L. Ratcliff*, 5:25-CR-367. That trial has been continued to begin on January 11, 2027. Undersigned counsel has conferred with counsel for Defendant, and Defendant joins this motion. The parties ask that the Court either set this matter for sentencing at a time convenient for the Court on or after January 27, 2027, or adjourn the sentencing and order that the government notify the Court when the trial of Mr. Ratcliff is complete, or the trial is cancelled, such as through a guilty plea. The government does not anticipate further continuances of the *Ratcliff* trial, and so does not anticipate further requests to continue this sentencing hearing.

This continuance is not sought for purposes of delay, but for good cause, to ensure the Court has the most complete record and basis for understanding the circumstances of Defendant's conduct, putting the Court in a better position to consider the conduct and role of Defendant in relation to the larger conspiracy. A trial of Defendant's co-conspirator will likely yield additional testimony and other evidence that provides that context, and additional fact-finding and discovery review in pretrial litigation and plea negotiations with the co-conspirator

would also yield additional context. Accordingly, the government submits that good cause exists for the requested continuance.

For these reasons, the parties jointly move the Court to continue Defendant's sentencing hearing.

Respectfully submitted,

DAVID M. TOEPFER
United States Attorney

By: /s/ Elliot Morrison
Elliot Morrison (OH: 0091740)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, OH 44113
(216) 622-3919
(216) 522-2403 (facsimile)
Elliot.Morrison@usdoj.gov